ELECTRONICALLY FILED - 2021 Sep 14 1:51 PM - BERKELEY - COMMON PLEAS - CASE#2021CP0801979

| | |
|---|---|
| STATE OF SOUTH CAROLINA )<br>)<br>COUNTY OF BERKELEY )<br>)<br>Michael Pearson, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>Tony Dozier and )<br>J.B. Hunt Transport, Inc., )<br>)<br>      Defendants. )<br>_____) | IN THE COURT OF COMMON PLEAS<br>FOR THE NINTH JUDICIAL CIRCUIT<br>CASE NO.: 2021-CP-08-_____<br><br><br><br><br><br>**Summons**<br>(Automobile Collision/Negligence)<br>(Jury Trial Requested) |

TO THE ABOVE NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED and required to appear and defend the action(s) set forth in the Complaint herein, a copy of which is served upon you, and to serve a copy of your Answer or Motion to the said Complaint on the Joye Law Firm at 5861 Rivers Avenue North Charleston, SC 29406, within thirty (30) days after service hereof, exclusive of the day of service, and if you fail to appear and defend within the time aforesaid, judgment by default will be entered against you for the relief demanded in the Complaint.

                                                    JOYE LAW FIRM, L.L.P.

By:   s/Jeffrey Gerardi_____
        Jeffrey Gerardi
        Bar 6630
        Post Office Box 62888
        5861 Rivers Avenue (29406)
        North Charleston, SC 29419-2888
        Office: 843-554-3100
        Facsimile: 843-529-9180
        jgerardi@joyelawfirm.com

        Attorney for Plaintiff

North Charleston, South Carolina
This 14th day of September, 2021.

ELECTRONICALLY FILED - 2021 Sep 14 1:51 PM - BERKELEY - COMMON PLEAS - CASE#2021CP0801979

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOR THE NINTH JUDICIAL CIRCUIT |
| COUNTY OF BERKELEY ) | CASE NO.:  2021-CP-08-_____ |
| ) | |
| Michael Pearson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Complaint** |
| ) | (Automobile Collision/Negligence) |
| Tony Dozier and ) | (Negligent Entrustment) |
| J.B. Hunt Transport Inc., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The Plaintiffs, complaining of the Defendants above-named, hereby alleges and pleads as follows:

1. Plaintiff is a resident of Lexington County, State of South Carolina.

2. Defendant J.B. Hunt Transport, Inc., upon information and belief, is a corporation existing under the laws of the State of Georgia and doing business in Berkeley County, South Carolina.

4. Defendant Tony Dozier is a resident of the County of Henry, State of Georgia.

5. At all relevant times hereto, the most substantial part of the acts and omissions committed by Defendants giving rise to this action occurred in Berkeley County, South Carolina.

6. This Court has jurisdiction pursuant to S.C. Code Ann. '15-7-30.

7. At all relevant times hereto, Defendant Dozier was an officer, director, agent, and/or employee of Defendant Hunt Transport and was acting within the scope of his employment and/or work with Defendant Hunt Transport.

8. At all times relevant hereto, Defendant Hunt Transport was the employer and/or principal of Defendant Rozier and exercised control over the conduct of Defendant Rozier and had

1

ELECTRONICALLY FILED - 2021 Sep 14 1:51 PM - BERKELEY - COMMON PLEAS - CASE#2021CP0801979

the right to control the time, manner, method, and performance of Defendant Rozier's employment and/or work.

9.  On or about January 22, 2020, Plaintiff was driving his vehicle on I-26 in Berkeley County, South Carolina. Defendant Dozier, driving a truck owned by Defendant Hunt Transport. The tread from one of the tires came off and struck the Plaintiff's vehicle.

### For a First Cause of Action Against Defendant Tony Dozier
(Negligence)

10. Plaintiff realleges and reiterates the allegations contained in Paragraphs 1 through 9 above as if set forth herein verbatim.

11. Defendant Dozier owed a duty to the Plaintiff to operate his vehicle safely, with reasonable care, and in accordance with all laws concerning the operation of a motor vehicle.

12. Defendant Dozier was negligent, willful, wanton, and reckless and breached the duties he owed to the Plaintiffs in one or more of the following ways:

    (a) In failing to maintain control of his vehicle;

    (b) In improperly maintaining his vehicle;

    (c) In failing to pay attention to his driving;

    (d) In failing to maintain a proper lookout;

    (e) In driving too fast for the conditions;

    (f) In improperly inspecting his vehicle;

    (g) In driving faster than the posted speed limit; and

    (h) In failing to act as a reasonable and prudent driver would act under the same or similar circumstances.

13. Defendant Dozier's negligent, willful, wanton, and reckless conduct and breach of the duties owed to Plaintiffs were the direct and proximate cause of the January 22, 2020 collision described herein.

ELECTRONICALLY FILED - 2021 Sep 14 1:51 PM - BERKELEY - COMMON PLEAS - CASE#2021CP0801979

14. As a direct and proximate result of Defendant Dozier's negligent, careless, willful, wanton, and reckless conduct and breach of the duties owed to Plaintiff, Plaintiff has suffered damages in the form of physical injury and harm, medical expenses, physical and mental pain and suffering, and loss of the quality of life and life's activities.

### For a First Cause of Action Against Defendant J.B. Hunt Transport Inc.
(Doctrines of *Respondeat Superior* and Agency)

15. Plaintiff realleges and reiterates the allegations contained in Paragraphs 1 through 14 above as if set forth verbatim herein.

16. Defendant Hunt Transport Inc. is vicariously liable to Plaintiff, under the doctrine of *respondeat superior* and agency, for the negligent, careless, reckless, willful and wanton conduct of its employee and/or agent, Defendant Dozier, such conduct consisting of one or more of the particulars described herein.

### For a Second Cause of Action Against Defendant J.B. Hunt Transport Inc.
(Negligence)

17. Plaintiff realleges and reiterates the allegations contained in Paragraphs 1 through 16 above as if set forth verbatim herein.

18. Defendant J.B. Hunt Transport Inc. owed a duty to Plaintiff to exercise reasonable care in conducting its business activities, including the implementation and following of appropriate operating standards and procedures, the hiring, training, retention, and supervision of its employees and agents, and in the entrustment of vehicles to its employees and agents, including Defendant Dozier.

19. At all times relevant hereto, Defendant J.B. Hunt Transport Inc. was negligent, willful, wanton, careless, and reckless in one or more of the following ways:

a) In the training, hiring, retention, and supervision of its employees and agents, including Defendant Tony Dozier;

b) In negligently entrusting the subject vehicle to Defendant Tony Dozier;

c) In failing to train its agents and employees, including Defendant Tony Dozier, on the proper operation and maintenance of a motor vehicle;

d) In failing to adopt procedures for the safe operation of its motor vehicles; and

e) In failing to act as a reasonable and prudent person and/or entity would act under the same or similar circumstances.

All of which were a direct and proximate cause of the injuries and damages sustained by Plaintiff alleged herein.

20. Defendant J.B. Hunt Transport Inc.'s negligent, careless, willful, wanton, and reckless conduct and breach of the duties owed to Plaintiff were a direct and proximate cause of the collision and injuries and damages described herein.

WHEREFORE, Plaintiff demands judgment against Defendants for actual and punitive damages, including damages for physical injury and harm, medical expenses, physical and mental pain and suffering, for the costs of this action, and for any additional relief this Court deems just and proper.

[signature on following page]

ELECTRONICALLY FILED - 2021 Sep 14 1:51 PM - BERKELEY - COMMON PLEAS - CASE#2021CP0801979

ELECTRONICALLY FILED - 2021 Sep 14 1:51 PM - BERKELEY - COMMON PLEAS - CASE#2021CP0801979

                        JOYE LAW FIRM, L.L.P.

By:    s/Jeffrey Gerardi
         Jeffrey Gerardi
         jgerardi@joyelawfirm.com
         Post Office Box 62888
         5861 Rivers Avenue, Suite 101 (29406)
         North Charleston, SC 29419
         Office: 843-554-3100
         Facsimile: 843-529-9180

         Attorneys for Plaintiff

North Charleston, South Carolina
This 14th day of September, 2021.

5